IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICHARD BIDDLE and
NORA BIDDLE                                                              PLAINTIFFS

v.                                    Case No. 6:19-cv-6007

JOSEPH ERNEST BRADSHAW                                                   DEFENDANT

## **ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Entry of Scheduling Order for Jurisdictional Discovery and Briefing on Defendant's Rule 12(b) Motion to Dismiss. (ECF No. 10). The Court finds that no response is necessary and that the matter is ripe for consideration.

On February 7, 2019, Defendant filed a motion to dismiss for lack of personal jurisdiction and improper venue. On February 12, 2019, Plaintiffs requested an extension of time to respond to the motion to dismiss and the Court granted the extension on February 13, 2019. On March 14, 2019, Plaintiffs filed the instant motion, stating that they require discovery on the issues raised in Defendant's motion to dismiss. Plaintiffs state that the parties have agreed to conduct limited discovery on personal jurisdiction as to Defendant. Accordingly, Plaintiffs request that the Court set certain deadlines as to when the parties' limited jurisdictional discovery should be completed and when the remaining briefing of Defendant's motion to dismiss should be filed.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Plaintiffs' motion (ECF No. 10) is hereby **GRANTED**. The parties must complete their limited discovery as to personal jurisdiction over Defendant **on or before May 1, 2019**. Plaintiffs must respond to Defendant's motion to dismiss **on or before May 14, 2019**. Defendant

shall file a reply, if any, **on or before May 21, 2019**.  If Defendant files a reply, Plaintiff may file a sur-reply **on or before May 28, 2019**.

**IT IS SO ORDERED**, this 15th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge